**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   PAUL TALCOTT CURRIER, et al.,                    No. C 04-03300 SI

9               Plaintiffs,                          **ORDER GRANTING SBC'S MOTION TO DISMISS**

10       v.

11  ROBERT CHOW, et al.,

12              Defendants.
                                          /
13

14          Now before the Court is a motion by SBC Advanced Solutions, Inc. ("SBC"), to dismiss

15  plaintiff's third amended complaint. Pursuant to Local Rule 7-1(b), the Court finds the motions suitable

16  for resolution without oral argument and therefore VACATES the hearing set for February 3, 2006.

17          This Court has already issued three orders dismissing the third amended complaint against a total

18  of eleven defendants. Those orders all found that the complaint failed to comply with the pleading

19  requirements of Federal Rule of Civil Procedure 8. Plaintiff's allegations against SBC are no more

20  sufficient than those against the other defendants. SBC is mentioned only a handful of times in the

21  complaint's 409 paragraphs, and in the majority of those paragraphs it is mentioned only in passing.

22  Despite its limited factual description of SBC's misconduct, however, the complaint brings sweeping

23  allegations against the company. In short, as with the other defendants, the third amended complaint's

24  combination of conclusory allegations and lack of supporting detail are fatal to plaintiff's claims against

25  SBC.

26

27

28  ///

1        For the reasons stated in its prior orders, the Court GRANTS SBC's motion to dismiss (Docket

2   No. 254).  Plaintiffs' claims against SBC are DISMISSED with prejudice.

3

4        **IT IS SO ORDERED.**

5

6   Dated: January 27, 2006

7

8                                                    SUSAN ILLSTON
                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2