IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL TALCOTT CURRIER, et al., | No. C 04-03300 SI |
| Plaintiffs, | **ORDER DENYING REQUEST FOR DISMISSAL AS MOOT** |
| v. | |
| ROBERT CHOW, et al., | |
| Defendants. | |

This Court's prior orders of dismissal of all claims of this action as to all defendants was recently affirmed by the Ninth Circuit Court of Appeals, by judgment dated August 2, 2007. Thus, this action has been dismissed and no further order of dismissal need be entered. Accordingly, plaintiffs' recent "Request for Dismissal of All Remaining Defendants and All Claims Without Prejudice" is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: September 25, 2007

SUSAN ILLSTON
United States District Judge